UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BANK OF PENSACOLA**, a
Florida Corporation,

      **Plaintiff,**

v.                                          Case No.: 3:04-cv-514-J-20MCR

**The Vessel, O/S VICTORI CASINO,**
**f/k/a EXECUTIVE QUEEN,**
**her engines, tackle, apparel, etc., *in rem*,**
**CASINO VENTURES, INC.**, a Florida corporation,
***in personam*, and HAROLD DEWAYNE WILLIAMS,**
**an individual, *in personam*,**

      **Defendants.**
_____/

## ORDER

On July 8, 2005 the Court granted Plaintiff's Motion for Summary Judgment (Order No. 65), but reserved entry of final judgment pending receipt of Plaintiff's documentation of attorney's fees and costs since March 31, 2005. Plaintiff submitted the requested documentation on July 13, 2005. (Doc. No. 66).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Clerk shall enter judgment against Defendants O/S Victori Casino f/k/a Executive Queen, Casino Ventures, Inc., and Harold Dewayne Williams and in favor of Plaintiff Bank of Pensacola for the amount of **$950,579.22** as follows:

1

| | |
|---|---|
| 1. Principal Amount Due on Note | $668,624.17 |
| 2. Interest[1] | $142,228.94 |
| 3. Late Charges | $1,864.00 |
| 4. Costs incurred during litigation | $71,575.27 |
|     A. Custody of vessel: | $65,575.27 |
|     B. Protection of Plaintiff's interest: | $6,100.00 |
| 5. Attorney's Fees and Costs: | $66,286.84 |
| **TOTAL:** | **$950,579.22.** |

The Clerk is directed to dispense the proceeds of the interlocutory sale of the vessel and in rem Defendant O/S Victori f/k/a Executive Queen in the amount of **$175,000.00, on deposit in the Court Registry, plus any accrued interest** to Plaintiff Bank of Pensacola to be applied first to the above described deficiency and then close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 26th day of July, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Suzanne M. Judas, Esq.
Thomas A. Boyd, Esq.

---

[1] Interest is calculated until the date judgment is entered at the default rate established in the Note of $329.73 per day.